# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Clarkson, Scott C. | United States Bankruptcy Court | 06/29/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Ronald Reagan Federal Building and Courthouse
411 West 4th Street
Santa Ana, CA 92701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clarkson, Scott C. | 06/29/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | The Clarkson Law Firm, a California Professional Corporation (see Part VIII) | $25,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | City of Beverly Hills, California (wages) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | California Bankruptcy Forum | May 19-22, 2016 | Indian Wells, CA | Law Seminar | Transportation, meals, hotel |
| 2. | National Conference of Credit Managers | October 17-18, 2016 | Seattle, WA | Law Seminar | Transportation, meals, hotel |
| 3. | National Conf. of Bankruptcy Judges | October 26-30, 2016 | San Francisco, CA | Professional Association | Transportation, meals, hotel |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clarkson, Scott C. | 06/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (various accounts) | A | Interest | K | T | | | | | |
| 2. FolioFN (cash account) | A | Interest | J | T | | | | | |
| 3. Parsons Corp. Employees Stock Ownership Plan (Y) | | | | | | | | | |
| 4. WMI (Common Stock) | A | Dividend | J | T | | | | | |
| 5. AXA Financial (AXA) Common Stock (Y) | | | | | | | | | |
| 6. DYNEGY INC DEL (Y) | | | | | | | | | |
| 7. IRA #1 (H) | | | | | | | | | |
| 8. FolioFN (cash account) | A | Interest | O | T | | | | | |
| 9. AAL | A | Dividend | | | Buy | 08/15/16 | J | | |
| 10. | | | | | Sold | 08/23/16 | J | A | |
| 11. AAN | A | Dividend | | | Buy | 07/12/16 | J | | |
| 12. | | | | | Sold | 08/08/16 | J | A | |
| 13. AAWW | A | Dividend | | | Buy | 09/19/16 | J | | |
| 14. | | | | | Sold | 10/11/16 | J | A | |
| 15. ABC | A | Dividend | | | Buy | 04/25/16 | J | | |
| 16. | | | | | Sold | 05/02/16 | J | A | |
| 17. ABG | A | Dividend | | | Buy | 04/04/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clarkson, Scott C. | 06/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 06/02/16 | J | A | |
| 19.  ABM | A | Dividend | | | Buy | 06/14/16 | J | | |
| 20. | | | | | Sold | 06/21/16 | J | A | |
| 21. | | | | | Buy | 11/07/16 | J | | |
| 22. | | | | | Sold | 11/21/16 | J | A | |
| 23.  ACC | A | Dividend | | | Sold (part) | 03/10/16 | J | | |
| 24. | | | | | Sold (part) | 04/04/16 | J | | |
| 25. | | | | | Buy (add'l) | 11/07/16 | J | | |
| 26. | | | | | Sold | 11/25/16 | K | A | |
| 27.  ACM | A | Dividend | | | Buy | 08/01/16 | J | | |
| 28. | | | | | Buy (add'l) | 10/25/16 | J | | |
| 29. | | | | | Sold | 10/31/16 | J | A | |
| 30.  AES | A | Dividend | | | Buy | 05/02/16 | J | | |
| 31. | | | | | Sold | 05/10/16 | J | A | |
| 32.  AIV | A | Dividend | | | Sold (part) | 04/04/16 | J | | |
| 33. | | | | | Buy (add'l) | 11/14/16 | J | | |
| 34. | | | | | Sold | 11/25/16 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clarkson, Scott C. | 06/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  AIZ | A | Dividend | | | Buy | 06/06/16 | J | | |
| 36. | | | | | Sold | 06/14/16 | J | A | |
| 37.  AKS | A | Dividend | | | Buy | 07/18/16 | J | | |
| 38. | | | | | Sold | 08/01/16 | J | A | |
| 39.  ALJ | A | Dividend | | | Buy | 04/25/16 | J | | |
| 40. | | | | | Sold | 05/02/16 | J | A | |
| 41.  AMH | A | Dividend | | | Buy | 04/04/16 | K | | |
| 42. | | | | | Sold (part) | 07/05/16 | J | A | |
| 43. | | | | | Sold | 11/25/16 | K | B | |
| 44.  AN | A | Dividend | | | Buy | 04/18/16 | J | | |
| 45. | | | | | Sold | 07/05/16 | J | A | |
| 46.  ANDE | A | Dividend | | | Buy | 07/18/16 | J | | |
| 47. | | | | | Sold | 08/01/16 | J | A | |
| 48.  ANTM | A | Dividend | | | Buy | 10/17/16 | J | | |
| 49. | | | | | Sold | 10/31/16 | J | A | |
| 50.  APTS | B | Dividend | | | Sold (part) | 04/04/16 | J | | |
| 51. | | | | | Sold (part) | 05/10/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clarkson, Scott C. | 06/29/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 11/25/16 | K | A | |
| 53. ARG | A | Dividend | | | Buy | 04/04/16 | J | | |
| 54. | | | | | Sold | 05/10/16 | J | A | |
| 55. ARMK | A | Dividend | | | Buy | 07/05/16 | J | | |
| 56. | | | | | Sold | 07/12/16 | J | A | |
| 57. ARNC | A | Dividend | | | Buy | 04/11/16 | J | | |
| 58. | | | | | Sold | 04/25/16 | J | A | |
| 59. ARW | A | Dividend | | | Buy | 04/04/16 | J | | |
| 60. | | | | | Sold (part) | 05/10/16 | J | A | |
| 61. | | | | | Sold | 06/06/16 | J | A | |
| 62. ATI | A | Int./Div. | | | Buy | 06/21/16 | J | | |
| 63. | | | | | Sold | 08/01/16 | J | A | |
| 64. AVB | A | Dividend | | | Sold (part) | 04/04/16 | J | | |
| 65. | | | | | Sold | 11/25/16 | K | A | |
| 66. AVP | A | Dividend | | | Buy | 08/08/16 | J | | |
| 67. | | | | | Sold | 11/25/16 | J | A | |
| 68. AVT | A | Dividend | | | Buy | 08/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clarkson, Scott C. | 06/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 09/12/16 | J | A | |
| 70. AXE | A | Dividend | | | Buy | 04/25/16 | J | | |
| 71. | | | | | Sold | 06/02/16 | J | A | |
| 72. AXL | A | Dividend | | | Buy | 04/11/16 | J | | |
| 73. | | | | | Sold | 06/21/16 | J | A | |
| 74. BCC | A | Dividend | | | Buy | 08/08/16 | J | | |
| 75. | | | | | Sold | 08/15/16 | J | A | |
| 76. BCO | A | Dividend | | | Buy | 08/01/16 | J | | |
| 77. | | | | | Sold | 08/08/16 | J | A | |
| 78. BGC | A | Dividend | | | Buy | 05/10/16 | J | | |
| 79. | | | | | Sold | 05/16/16 | J | A | |
| 80. BGG | A | Dividend | | | Buy | 05/16/16 | J | | |
| 81. | | | | | Sold | 06/06/16 | J | A | |
| 82. BHE | A | Dividend | | | Buy | 04/04/16 | J | | |
| 83. | | | | | Sold | 04/25/16 | J | A | |
| 84. BIG | A | Dividend | | | Buy | 07/12/16 | J | | |
| 85. | | | | | Sold | 10/31/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clarkson, Scott C. | 06/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BLDR | A | Dividend | | | Buy | 09/12/16 | J | | |
| 87. | | | | | Sold | 10/11/16 | J | A | |
| 88. BRG | B | Dividend | | | Buy (add'l) | 03/10/16 | J | | |
| 89. | | | | | Sold (part) | 04/04/16 | J | | |
| 90. | | | | | Sold (part) | 04/18/16 | J | | |
| 91. | | | | | Sold (part) | 05/16/16 | J | | |
| 92. | | | | | Sold (part) | 08/08/16 | J | | |
| 93. | | | | | Sold (part) | 11/14/16 | J | | |
| 94. | | | | | Sold | 11/25/16 | K | A | |
| 95. BRS | A | Dividend | | | Buy | 04/25/16 | J | | |
| 96. | | | | | Sold | 05/02/16 | J | A | |
| 97. BW | A | Dividend | | | Buy | 08/15/16 | J | | |
| 98. | | | | | Sold | 09/19/16 | J | A | |
| 99. BYD | A | Dividend | | | Buy | 04/04/16 | J | | |
| 100. | | | | | Sold | 04/11/16 | J | A | |
| 101. CAH | A | Dividend | | | Buy | 08/01/16 | J | | |
| 102. | | | | | Sold | 08/08/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clarkson, Scott C. | 06/29/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. CAL | A | Dividend | | | Buy | 11/07/16 | J | | |
| 104. | | | | | Sold | 11/14/16 | J | A | |
| 105. CAR | A | Dividend | | | Buy | 06/02/16 | J | | |
| 106. | | | | | Sold | 11/14/16 | J | A | |
| 107. CBI | A | Dividend | | | Buy | 04/11/16 | J | | |
| 108. | | | | | Sold | 11/14/16 | J | A | |
| 109. CC | A | Dividend | | | Buy | 08/23/16 | J | | |
| 110. | | | | | Sold | 11/07/16 | J | A | |
| 111. CCG | | None | | | Sold | 03/03/16 | K | A | |
| 112. CG | A | Dividend | | | Buy | 06/21/16 | J | | |
| 113. | | | | | Sold | 07/05/16 | J | A | |
| 114. | | | | | Buy | 07/15/16 | J | | |
| 115. | | | | | Sold | 07/25/16 | J | A | |
| 116. CHK | A | Dividend | | | Buy | 04/18/16 | J | | |
| 117. | | | | | Sold | 11/21/16 | J | A | |
| 118. CLF | A | Dividend | | | Buy | 05/02/16 | J | | |
| 119. | | | | | Sold | 06/21/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clarkson, Scott C. | 06/29/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. CMC | A | Dividend | | | Buy | 05/10/16 | J | | |
| 121. | | | | | Sold | 10/11/16 | J | A | |
| 122. CNHI | A | Dividend | | | Buy | 05/10/16 | J | | |
| 123. | | | | | Sold | 06/06/16 | J | A | |
| 124. CORE | A | Dividend | | | Buy | 06/14/16 | J | | |
| 125. | | | | | Sold | 11/25/16 | J | A | |
| 126. CPPL | A | Dividend | | | Buy | 05/10/16 | J | | |
| 127. | | | | | Sold | 05/16/16 | J | A | |
| 128. CPS | A | Dividend | | | Buy | 05/10/16 | J | | |
| 129. | | | | | Sold | 09/12/16 | J | A | |
| 130. CPT | B | Dividend | | | Sold (part) | 04/04/16 | J | | |
| 131. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 132. | | | | | Buy (add'l) | 11/14/16 | J | | |
| 133. | | | | | Sold | 11/25/16 | J | A | |
| 134. CYN | A | Dividend | | | Buy | 07/18/16 | J | | |
| 135. | | | | | Sold | 08/01/16 | J | A | |
| 136. DAN | A | Dividend | | | Buy | 04/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clarkson, Scott C. | 06/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 11/14/16 | J | A | |
| 138. DDS | A | Dividend | | | Buy | 04/11/16 | J | | |
| 139. | | | | | Sold | 09/19/16 | J | A | |
| 140. DF | A | Dividend | | | Buy | 05/16/16 | J | | |
| 141. | | | | | Sold | 11/25/16 | J | A | |
| 142. DK | A | Dividend | | | Buy | 04/25/16 | J | | |
| 143. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 144. | | | | | Sold | 11/25/16 | J | A | |
| 145. DPLO | A | Dividend | | | Buy | 04/11/16 | J | | |
| 146. | | | | | Sold | 11/07/16 | J | A | |
| 147. DV | A | Dividend | | | Buy | 06/14/16 | J | | |
| 148. | | | | | Sold | 06/21/16 | J | A | |
| 149. DYN | A | Dividend | | | Buy | 04/11/16 | J | | |
| 150. | | | | | Sold | 11/14/16 | J | A | |
| 151. EDR | A | Dividend | | | Sold (part) | 03/10/16 | J | | |
| 152. | | | | | Sold (part) | 04/04/16 | J | | |
| 153. | | | | | Sold | 11/25/16 | K | A | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. EGL | A | Dividend | | | Buy | 08/08/16 | J | | |
| 155. | | | | | Sold | 09/12/16 | J | A | |
| 156. ELG | A | Dividend | | | Buy | 06/02/16 | J | | |
| 157. | | | | | Sold | 06/15/16 | J | A | |
| 158. ELS | A | Dividend | | | Sold (part) | 03/10/16 | J | | |
| 159. | | | | | Sold (part) | 04/04/16 | J | | |
| 160. | | | | | Buy (add'l) | 11/07/16 | J | | |
| 161. | | | | | Buy (add'l) | 11/14/16 | J | | |
| 162. | | | | | Sold | 11/25/16 | K | A | |
| 163. EME | A | Dividend | | | Buy | 11/07/16 | J | | |
| 164. | | | | | Sold | 11/25/16 | J | A | |
| 165. EQR | C | Dividend | | | Buy (add'l) | 03/10/16 | J | | |
| 166. | | | | | Buy (add'l) | 03/11/16 | J | | |
| 167. | | | | | Sold (part) | 03/14/16 | J | | |
| 168. | | | | | Sold (part) | 04/04/16 | J | | |
| 169. | | | | | Buy (add'l) | 10/17/16 | J | | |
| 170. | | | | | Sold | 11/25/16 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. ESS | A | Dividend | | | Sold (part) | 04/04/16 | J | | |
| 172. | | | | | Sold | 11/25/16 | K | A | |
| 173. ESV | A | Dividend | | | Buy | 04/18/16 | J | | |
| 174. | | | | | Sold | 04/25/16 | J | A | |
| 175. F | A | Dividend | | | Buy | 04/18/16 | J | | |
| 176. | | | | | Sold | 06/14/16 | J | A | |
| 177. FCAU | A | Dividend | | | Buy | 04/11/16 | J | | |
| 178. | | | | | Sold | 04/25/16 | J | A | |
| 179. FDML | A | Dividend | | | Buy | 04/04/16 | J | | |
| 180. | | | | | Sold | 04/25/16 | J | A | |
| 181. FDP | A | Dividend | | | Buy | 04/04/16 | J | | |
| 182. | | | | | Sold | 04/11/16 | J | A | |
| 183. FINL | A | Dividend | | | Buy | 05/02/16 | J | | |
| 184. | | | | | Sold | 05/10/16 | J | A | |
| 185. FLEX | A | Dividend | | | Buy | 05/10/16 | J | | |
| 186. | | | | | Sold | 06/02/16 | J | A | |
| 187. FNFV | A | Dividend | | | Buy | 05/02/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 05/10/16 | J | A | |
| 189. | | | | | Buy | 08/15/16 | J | | |
| 190. | | | | | Sold | 09/12/16 | J | A | |
| 191. FOSL | A | Dividend | | | Buy | 09/12/16 | J | | |
| 192. | | | | | Sold | 09/19/16 | J | A | |
| 193. GBX | A | Dividend | | | Buy | 09/12/16 | J | | |
| 194. | | | | | Sold | 10/25/16 | J | A | |
| 195. GEF | A | Dividend | | | Buy | 07/05/16 | J | | |
| 196. | | | | | Sold | 07/18/16 | J | A | |
| 197. GME | A | Dividend | | | Buy | 07/12/16 | J | | |
| 198. | | | | | Sold | 07/25/16 | J | A | |
| 199. GNC | A | Dividend | | | Buy | 09/26/16 | J | | |
| 200. | | | | | Sold | 10/25/16 | J | A | |
| 201. GNN | A | Dividend | | | Buy | 08/01/16 | J | | |
| 202. | | | | | Sold | 10/31/16 | J | A | |
| 203. GPI | A | Dividend | | | Buy | 05/02/16 | J | | |
| 204. | | | | | Sold | 11/07/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clarkson, Scott C. | 06/29/2017 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  GPRE | A | Dividend | | | Buy | 09/19/16 | J | | |
| 206. | | | | | Sold | 11/14/16 | J | A | |
| 207.  GT | A | Dividend | | | Buy | 04/25/16 | J | | |
| 208. | | | | | Sold | 06/02/16 | J | A | |
| 209.  HFC | A | Dividend | | | Buy | 09/26/16 | J | | |
| 210. | | | | | Sold | 11/25/16 | J | A | |
| 211.  HIG | A | Dividend | | | Buy | 04/04/16 | J | | |
| 212. | | | | | Sold | 04/25/16 | J | A | |
| 213.  HUM | A | Dividend | | | Buy | 07/25/16 | J | | |
| 214. | | | | | Sold | 08/08/16 | J | A | |
| 215.  I-RT | B | Dividend | | | Buy (add'l) | 03/10/16 | J | | |
| 216. | | | | | Sold (part) | 04/04/16 | J | | |
| 217. | | | | | Sold (part) | 07/25/16 | J | | |
| 218. | | | | | Sold (part) | 08/08/16 | J | | |
| 219. | | | | | Sold (part) | 09/16/16 | J | | |
| 220. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 221. | | | | | Buy (add'l) | 10/31/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clarkson, Scott C. | 06/29/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 11/14/16 | J | | |
| 223. | | | | | Sold | 11/25/16 | K | A | |
| 224. JBL | A | Dividend | | | Buy | 10/11/16 | J | | |
| 225. | | | | | Sold | 10/17/16 | J | A | |
| 226. LYV | A | Dividend | | | Buy | 04/04/16 | J | | |
| 227. | | | | | Sold | 04/11/16 | J | A | |
| 228. M | A | Dividend | | | Buy | 11/14/16 | J | | |
| 229. | | | | | Sold | 11/21/16 | J | A | |
| 230. MAA | A | Dividend | | | Sold (part) | 03/10/16 | J | | |
| 231. | | | | | Sold (part) | 04/04/16 | J | | |
| 232. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 233. | | | | | Sold | 11/25/16 | K | A | |
| 234. MORE | A | Dividend | | | Sold (part) | 04/04/16 | J | | |
| 235. | | | | | Sold (part) | 10/03/16 | J | | |
| 236. | | | | | Sold | 11/25/16 | K | A | |
| 237. MRC | A | Dividend | | | Buy | 11/14/16 | J | | |
| 238. | | | | | Sold | 11/25/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. MTW | A | Dividend | | | Buy | 05/02/16 | J | | |
| 240. | | | | | Sold | 06/02/16 | J | A | |
| 241. NRG | A | Dividend | | | Buy | 11/21/16 | J | | |
| 242. | | | | | Sold | 11/25/16 | J | A | |
| 243. NXRT | A | Dividend | | | Buy (add'l) | 03/10/16 | J | | |
| 244. | | | | | Sold (part) | 04/04/16 | J | | |
| 245. | | | | | Sold (part) | 04/18/16 | J | | |
| 246. | | | | | Sold (part) | 06/21/16 | J | | |
| 247. | | | | | Sold (part) | 07/05/16 | J | | |
| 248. | | | | | Sold (part) | 08/15/16 | J | | |
| 249. | | | | | Sold (part) | 11/14/16 | J | | |
| 250. | | | | | Sold | 11/25/16 | K | A | |
| 251. PAGP | A | Dividend | | | Buy | 08/08/16 | J | | |
| 252. | | | | | Sold | 10/25/16 | J | A | |
| 253. PENN | A | Dividend | | | Buy | 06/06/16 | J | | |
| 254. | | | | | Sold | 07/12/16 | J | A | |
| 255. PPS | A | Dividend | | | Sold (part) | 04/04/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 08/15/16 | J | | |
| 257. | | | | | Sold | 11/25/16 | K | A | |
| 258. PRIM | A | Dividend | | | Buy | 09/12/16 | J | | |
| 259. | | | | | Sold | 09/19/16 | J | A | |
| 260. RIG | A | Dividend | | | Buy | 06/06/16 | J | | |
| 261. | | | | | Sold | 06/14/16 | J | A | |
| 262. SBY | A | Dividend | | | Buy | 04/04/16 | K | | |
| 263. | | | | | Sold (part) | 06/02/16 | J | | |
| 264. | | | | | Buy (add'l) | 09/26/16 | J | | |
| 265. | | | | | Sold | 11/25/16 | K | B | |
| 266. SFR | A | Dividend | | | Buy | 04/04/16 | K | | |
| 267. | | | | | Sold (part) | 05/24/16 | J | | |
| 268. | | | | | Sold | 11/25/16 | K | B | |
| 269. SPLS | A | Dividend | | | Buy | 06/21/16 | J | | |
| 270. | | | | | Sold | 07/05/16 | J | A | |
| 271. SUI | A | Dividend | | | Sold (part) | 04/04/16 | J | | |
| 272. | | | | | Sold | 11/25/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clarkson, Scott C. | 06/29/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. SWX | A | Dividend | | | Buy | 06/14/16 | J | | |
| 274. | | | | | Sold | 06/21/16 | J | A | |
| 275. TPC | A | Dividend | | | Buy | 11/07/16 | J | | |
| 276. | | | | | Sold | 11/25/16 | J | A | |
| 277. UAL | A | Dividend | | | Buy | 09/12/16 | J | | |
| 278. | | | | | Sold | 09/19/16 | J | A | |
| 279. UDR | A | Dividend | | | Sold (part) | 04/04/16 | J | | |
| 280. | | | | | Sold | 11/25/16 | K | A | |
| 281. UMH | B | Dividend | | | Sold (part) | 04/04/16 | J | | |
| 282. | | | | | Sold (part) | 07/12/16 | J | | |
| 283. | | | | | Sold (part) | 11/14/16 | J | | |
| 284. | | | | | Sold | 11/25/16 | K | A | |
| 285. UNVR | A | Dividend | | | Buy | 11/07/16 | J | | |
| 286. | | | | | Sold | 11/14/16 | J | A | |
| 287. VLO | A | Dividend | | | Buy | 11/21/16 | J | | |
| 288. | | | | | Sold | 11/25/16 | J | A | |
| 289. WMT | A | Dividend | | | Buy | 06/14/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold | 09/26/16 | J | A | |
| 291. X | A | Dividend | | | Buy | 06/21/16 | J | | |
| 292. | | | | | Sold | 08/23/16 | J | A | |
| 293. IRA #2 (H) | | | | | | | | | |
| 294. FolioFN (cash account) (X) | A | Interest | M | T | | | | | |
| 295. AMERICAN ELECPWR INC | A | Dividend | | | Buy | 07/05/16 | L | | |
| 296. | | | | | Sold | 11/25/16 | K | | |
| 297. DELTA AIR LINES INC DEL | A | Dividend | | | Sold | 3/10/16 | K | A | |
| 298. DUKE ENERGY CORP | A | Dividend | | | Buy | 03/14/16 | K | | |
| 299. | | | | | Buy (add'l) | 05/24/16 | J | | |
| 300. | | | | | Sold (part) | 06/02/16 | J | | |
| 301. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 302. | | | | | Sold | 11/25/16 | K | | |
| 303. DOMINION RESOURCES INC | A | Dividend | | | Buy | 03/14/16 | K | | |
| 304. | | | | | Sold | 11/25/16 | K | | |
| 305. EXELON CORP | A | Dividend | | | Buy | 03/14/16 | K | | |
| 306. | | | | | Sold | 07/05/16 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. HOLLYSYS AUTOMATION | A | Dividend | | | Sold | 3/10/16 | K | A | |
| 308. MAKEMYTRIP LIMITED, MAURITIUS SHS | A | Dividend | | | Sold | 3/10/16 | K | A | |
| 309. MERITOR INC | A | Dividend | | | Sold | 3/10/16 | K | A | |
| 310. NAVIOS MARITIME HOLDINGS INC COM | A | Dividend | | | Sold | 3/10/16 | J | A | |
| 311. NATIONAL GRID TRANSCO | B | Dividend | | | Buy | 03/14/16 | K | | |
| 312. | | | | | Sold (part) | 04/11/16 | J | | |
| 313. | | | | | Buy (add'l) | 06/02/16 | J | | |
| 314. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 315. | | | | | Buy (add'l) | 08/11/16 | J | | |
| 316. | | | | | Sold (part) | 08/15/16 | J | | |
| 317. | | | | | Sold (part) | 10/03/16 | J | | |
| 318. | | | | | Buy (add'l) | 10/11/16 | J | | |
| 319. | | | | | Sold | 11/25/16 | K | | |
| 320. NEXTERA ENERGY INC | B | Dividend | | | Buy | 03/14/16 | K | | |
| 321. | | | | | Sold (part) | 10/11/16 | J | | |
| 322. | | | | | Buy (add'l) | 11/14/16 | J | | |
| 323. | | | | | Sold | 11/25/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clarkson, Scott C. | 06/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. NRG ENERGY INC COM NEW | A | Dividend | | | Sold | 3/10/16 | J | A | |
| 325. PEMBINA PIPELINE CORP | A | Dividend | | | Sold | 3/10/16 | K | A | |
| 326. SYNNEX CORP | A | Dividend | | | Sold | 3/10/16 | K | A | |
| 327. WHITEWAVE FOODS CO COM CL A | A | Dividend | | | Sold | 3/10/16 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II, line 1: Final distribution from former law firm upon payment of client fees earned prior to taking the bench.
Part VII, lines 1, 2, and 8: See 2015, lines 1-3, respectively.
Part VII line 230: Consolidated entry of 2015 lines 28 and 35.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Scott C. Clarkson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544